```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| ex rel. JAMES R. BRICKMAN and | : | |
| GREENLIGHT CAPITAL, INC., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | 1:04-CV-3789-TWT |
| | : | |
| BUSINESS LOAN EXPRESS LLC, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

<u>JOINT NOTICE OF VOLUNTARY DISMISSAL OF</u>
<u>THE CIVIL ACTION DUE TO SETTLEMENT</u>

The United States of America and Relators James R. Brickman and Greenlight Capital, Inc. (collectively, "Relators") hereby seek dismissal of this action with prejudice as to defendants Business Loan Express, LLC (n/k/a Ciena Capital, LLC), Allied Capital Corporation, Robert Tannenhauser, Michael Cohen, Jennifer Goldstein, Louis Hafkin, Matthew McGee, Joan Sweeney, and Does 1-100 (collectively "Defendants") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the settlement agreements entered into by and between the United States, the Relators and the Defendants on or about March 30, 2010 and April 5, 2010 (the "Settlement Agreements"). Pursuant to the terms of the Settlement Agreements, dismissal of Defendants is expressly conditioned upon the United States not having to pay back, release or return, at any

time, any or all of the Cash Distribution or the Escrow Account paid to the United States as set forth in the Settlement Agreements. In the event that the United States is required, for any reason, to pay back, release or return any of the Cash Distribution or the Escrow Account at any time in the future, then the dismissal shall be deemed null and void *ab initio* and the Parties returned to the *status quo ante*.

A proposed order accompanies this Notice.

Respectfully submitted,

| | |
|---|---|
| SALLY QUILLIAN YATES | TONY WEST |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| /s/ *Gerald S. Sachs* | /s/ *Rebecca A. Ford* |
| GERALD S. SACHS | JOYCE R. BRANDA |
| ASSISTANT U.S. ATTORNEY | RENÉE BROOKER |
| GA Bar No. 415090 | REBECCA A. FORD (DC Bar 470157) |
| 600 U.S. Courthouse | UNITED STATES DEPARTMENT OF JUSTICE |
| 75 Spring Street, S.W. | Civil Division |
| Atlanta, GA 30303 | Commercial Litigation Branch |
| | Ben Franklin Station |
| (404)581-6057 | P. O. Box 261 |
| gerald.sachs@usdoj.gov | Washington, DC 20044 |

Consented to by:

/s/ *Mike Kenny*
Mike Kenny
Michael L. Brown
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
(Counsel for Greenlight Capital, LLC
and James R. Brickman)

/s/ *Mark Allen Kleiman*
Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292
(Counsel for Greenlight Capital, LLC)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JAMES R. BRICKMAN and GREENLIGHT CAPITAL, INC., | : : : : |
| Plaintiffs, | : CIVIL ACTION NO. |
| vs. | : 1:04-cv-3789-TWT |
| BUSINESS LOAN EXPRESS LLC, et al., | : : : |
| Defendants. | : |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice and proposed order were served by mailing true copies thereof by first class mail, with adequate postage affixed thereto, addressed to:

Counsel for Relators:

Michael P. Kenny
Michael L. Brown
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

Mark Allen Kleiman
2907 Sanford Avenue
Venice, CA 90292

Counsel for Defendants:

Thomas F. Connell
Wilmer Hale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Daniel P. Griffin
Miller Martin PLLC
1170 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309

Daniel M. Litt
Dickstein Shapiro LLC
1825 Eye Street, N.W.
Washington, DC  20006

Peter S. Partee
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166


This 9th day of December, 2010.


/s/ *Gerald S. Sachs*
GERALD S. SACHS
ASSISTANT U.S. ATTORNEY